IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MASSEY CONSTRUCTION GROUP,
INC. a/a/o HERBERT GEIGER and
LORE GEIGER,

    Plaintiff,

CASE NO.: _____

vs.

HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST (hereinafter "HARTFORD"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1441(a), removes an action pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, styled *Massey Construction Group, Inc. a/a/o Herbert Geiger and Lore Geiger vs. Hartford Insurance Company of the Midwest*, Case No. 19-CA-8717, where Plaintiff filed suit against HARTFORD, and further states:

## TIMELY NOTICE OF REMOVAL

1. On December 31, 2019, Plaintiff filed a Complaint against HARTFORD in the Twentieth Judicial Circuit in and for Lee County, Florida.

2. On January 10, 2020, HARTFORD was served with a Summons and copy of the Complaint in connection with the state action. Plaintiff's Complaint asserts that HARTFORD breached an insurance contract issued to the insureds, HERBERT GEIGER and LORE GEIGER. Plaintiff purports to have standing by way of its Assignment of Insurance Benefits executed on

October 28, 2019.[1]

3. Attached to the Complaint is Plaintiff's "Notice of Intent to Initiate Litigation," December 18, 2019, which states that the amount in dispute is $93,087.77.[2]

4. Therefore, pursuant to 28 U.S.C. § 1446(b), HARTFORD timely files this Notice of Removal within one year of the filing of the Complaint and within thirty (30) days of HARTFORD's receipt through service of a pleading or other paper in which HARTFORD could ascertain that the case is one which is removable.

## VENUE

5. Venue is proper in the United States District Court for the Middle District of Florida, Fort Myers Division because the state court action originated in Lee County, Florida.

## JURISDICTION

6. This Court has jurisdiction. The state court action is a civil action which falls under this Court's original jurisdiction, pursuant to 28 U.S.C. § 1332(a), because the parties are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, HARTFORD is entitled to remove this action pursuant to 28 U.S.C. § 1441.

## COMPLETE DIVERSITY EXISTS

7. A corporation is a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1183 (2010) ("The phrase 'principal place of business' in § 1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's actions i.e. its 'nerve center'"). Here, HARTFORD is, and was at the time Plaintiff's Complaint was filed in Florida state court, a corporation organized under the

---

[1] *See* Exhibit A of Plaintiff's Complaint. Plaintiff's Complaint and all State Court Pleadings have been collectively attached hereto as HARTFORD's **Exhibit "A."**

[2] *See* Exhibit B of Plaintiff's Complaint.

laws of the State of Indiana, with its principal place of business in Hartford, Connecticut. Accordingly, HARTFORD is a citizen of Indiana and Connecticut for purposes of determining diversity under 28 U.S.C. § 1332(a)(1).

8.  Plaintiff, MASSEY CONSTRUCTION GROUP, INC. is, and was at the time the Complaint was filed in Florida state court, a corporation organized under the laws of the State of Florida, with its principal place of business in Seminole County, Florida.[3] Accordingly, Plaintiff is a citizen of Florida for purposes of determining diversity under 28 U.S.C. § 1332(a)(1).

### THE AMOUNT IN CONTROVERSY *NOW* EXCEEDS $75,000.00

9.  Plaintiff's Complaint asserts a cause of action for a breach of contract, alleging that HARTFORD failed to issue full payment under its insurance policy for a loss occurring on September 10, 2017.[4] Plaintiff asserts that Plaintiff has suffered damages as a result of the loss, along with attorney fees and costs.[5]

10. HARTFORD bears the burden of establishing jurisdictional amount by a preponderance of the evidence. *See Lowery v. Alabama Power Co.*, 483 F.3d 1184, 1209-11 (11th Cir. 2007). As previously stated above, Plaintiff attached its "Notice of Intent to Initiate Litigation," December 18, 2019, which states that the amount in dispute is $93,087.77.[6]

11. The total amount in controversy related to the loss is $88,467.77, exclusive of interest and costs.[7]

12. Accordingly, the amount in controversy between Plaintiff and HARTFORD for

---

[3] *See* Articles of Incorporation, 2019 Florida Profit Corporation Annual Report, and Florida Department of State, Division of Corporations documentation for MASSEY CONSTRUCTION GROUP, INC., collectively attached thereto as HARTFORD's **Exhibit "B."**
[4] *See* Plaintiff's Compl. ¶¶ 10 & 23-25.
[5] *Id*. at page 5 ("WHEREFORE clause").
[6] Plaintiff's Compl. at Exhibit "B."
[7] Here, the amount in controversy is the difference between the amount sought within Plaintiff's Complaint totaling $93,087.77, less the applicable policy deductible in the amount of $4,620.00.

3

damages related to the insurance contract exceeds the $75,000.00 amount in controversy requirement for diversity jurisdiction.

## **COMPLIANCE WITH 28 U.S.C. § 1446**

13. Pursuant to 28 U.S.C. § 1446(d), HARTFORD provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida. Furthermore, as required by 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind filed with the state court are being filed with this Notice of Removal.[8]

**WHEREFORE**, HARTFORD requests that this Court exercise jurisdiction over this matter.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ Vincent A. Fernandez, Esq.
**VINCENT A. FERNANDEZ, ESQ.**
Florida Bar No.: 1004601
vfernandez@butler.legal
**TROY J. SEIBERT, ESQ.**
Florida Bar No.: 0084668
tseibert@butler.legal
**MAXWELL H. STAPE, ESQ.**
Florida Bar No.: 1007734
mstape@butler.legal
Secondary: cmanganiello@butler.legal
msmalls@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
*Attorneys for Defendant,*
*Hartford Insurance Company of the Midwest*

---

[8] *See* State Court Pleadings, collectively attached hereto as **Exhibit "A."**

# **CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to:

>Alex Finch, Esq.
>Fromang & Finch, P.A.
>P.O. Box 915096
>Longwood, FL 32791
>alex@fromangfinch
>mark@fromangfinch
>e-service@frommanglaw.com
>*Attorney for Plaintiff,*
>*Massey Construction Group,*
>*Inc. a/a/o Herbert Geiger and*
>*Lore Geiger*

by CM/ECF on February 7, 2020.

>/s/ Vincent A. Fernandez, Esq.
>**VINCENT A. FERNANDEZ, ESQ.**