UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MASSEY CONSTRUCTION GROUP,
INC., a/a/o Herbert Geiger and Lore
Geiger,

      Plaintiff,

v.                                                 Case No.: 2:20-cv-00082-JLB-NPM

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,

      Defendants.
_____/

## ORDER

On March 25, 2020, the Court entered a Case Management and Scheduling Order requiring the parties to complete mediation by October 5, 2020.  (Doc. 12.) The parties shall advise the Court on the status of the mediation **no later than seven days after the date of this Order**.

**ORDERED** in Fort Myers, Florida, on October 8, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE