UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MASSEY CONSTRUCTION GROUP,
INC., a/a/o Herbert Geiger and Lore
Geiger,

      Plaintiff,

v.                                        Case No. 2:20-cv-82-JLB-NPM

HARTFORD INSURANCE COMPANY OF
THE MIDWEST,

      Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 22.)  The notice is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on March 26, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE